| | | |
|---|---|---|
| RODERICK SLAY, | § | |
| Petitioner, | § § § | |
| v. | § | 2:17-CV-0038 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS and IMPOSING SANCTIONS

Petitioner filed with this Court a petition for a federal writ of habeas corpus. On April 27, 2017, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be dismissed as time-barred and that sanctions be imposed. On May 8, 2017, petitioner filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, the petition for a writ of habeas corpus is DISMISSED.

Additionally, petitioner is prohibited from filing any future lawsuits or habeas corpus petitions unless granted leave to do so by a federal judicial officer. Any motion for leave to file a lawsuit or

habeas corpus petition is denied if leave to file is not granted within fourteen (14) days of the date of filing the motion for leave.

    IT IS SO ORDERED.

    ENTERED this \_\_\_16th\_\_\_ day of \_\_\_May\_\_\_ 2017.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE